IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL S. WEINBERGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM, INC., d/b/a Anthem Health, Inc., an Indiana corporation, THE ANTHEM COMPANIES, INC., an Indiana corporation, ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation, and DOES 1-10,<br><br>Defendants. | CASE NO. 1:15-cv-00201-JMS-DKL<br><br>Judge Jane Magnus-Stinson |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Danyel Struble of the law firm The Cross Law Firm, P.C., seeking an Order granting William B. Federman of Federman & Sherwood, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Michael S. Weinberger in the above-styled cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is, GRANTED.

Dated: 02/12/2015

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Copies to:

Distribution to all registered counsel by CM/ECF.